# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

———

No. 6:21-cr-00051

———

**United States of America**

v.

**Paul Wayne Holt**

———

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on February 10, 2022, and issued a report recommending that the defendant's term of supervised release should be revoked. Doc. 10. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 9.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 12 months and one day imprisonment with no supervised release to follow. The court recommends that defendant serve his sentence at FMC Fort Worth and receive drug treatment, if available.

*So ordered by the court on February 16, 2022.*

J. CAMPBELL BARKER
United States District Judge